# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHN V. PUZZO  
PO BOX 15198  
LOVES PARK, IL  61111  

SSN-xxx-xx-2448

Case Number: 07-72643

Case filed on: 10/31/2007  
Plan Confirmed on: 4/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,700.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 23.28 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 23.28 | 0.00 |
| 005 | SAXON MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN V. PUZZO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 25,464.92 | 25,464.92 | 1,182.82 | 1,306.16 |
|  | Total Secured | 25,464.92 | 25,464.92 | 1,182.82 | 1,306.16 |
| 001 | AMERICREDIT | 9,488.07 | 9,488.07 | 0.00 | 0.00 |
| 003 | REAL TIME RESOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SAXON MORTGAGE SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DISH NETWORK CUSTOMER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | H&H BUILDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HSBC BANK N/A | 1,616.26 | 1,616.26 | 0.00 | 0.00 |
| 017 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 850.70 | 850.70 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION | 196.31 | 196.31 | 0.00 | 0.00 |
| 021 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | TSYS TOTAL DEBT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HSBC BANK N/A | 1,222.64 | 1,222.64 | 0.00 | 0.00 |
| 025 | HSBC BANK N/A | 989.64 | 989.64 | 0.00 | 0.00 |
| 026 | HSBC BANK N/A | 2,246.32 | 2,246.32 | 0.00 | 0.00 |
|  | Total Unsecured | 16,609.94 | 16,609.94 | 0.00 | 0.00 |
|  | Grand Total: | 45,074.86 | 45,074.86 | 1,206.10 | 1,306.16 |

Total Paid Claimant:     $2,512.26  
Trustee Allowance:       $187.74  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  10/30/2008         By  /s/Heather M. Fagan